BARNARD L. STEEFEL et al., Appellants, *v.* JACOB ROTHSCHILD, Respondent.

(Submitted November 21, 1904; decided November 29, 1904.)

Motion for reargument denied, with ten dollars costs. (See 179 N. Y. 273.)